PROB 12C
(6/16)

Report Date: August 30, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Peter Patrick Finley | Case Number: 0980 2:09CR06085-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | | |
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: December 22, 2015 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: December 21, 2018 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
 | **Supporting Evidence**: Mr. Finley is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office during the month of August, 2016.
 | Mr. Finley reported to the U.S. Probation Office on July 14, 2016. During this meeting, he was directed to report, in person, to the U.S. Probation Office on August 1, 2016. Mr. Finley has failed to report as directed for the month of August 2016.
2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
 | **Supporting Evidence**: Mr. Finley is considered to be in violation of his conditions of supervised release by failing to report in person, to the U.S. Probation Office as directed by his supervising officer on August 24, 2016.

Prob12C
**Re: Finley, Peter Patrick**
**August 30, 2016**
Page 2

        Mr. Finley was contacted by the undersigned officer on August 24, 2016, by telephone. He was advised that he had not reported for the month of August 2016, and was directed to report to the U.S. Probation Office by 3 pm on August 24, 2016. Mr. Finley failed to report as directed.

3      **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Finley is considered to be in violation of his conditions of supervised release by failing to attend random urinalysis testing at First Step Community Counseling Services on August 25, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/30/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[XX] The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/30/2016

Date