PROB 12C
(6/16)

Report Date: January 6, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Patrick Finley        Case Number: 0980 2:09CR06085-SAB-1

Address of Offender:                Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: | December 22, 2015 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: | December 21, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Peter Finley is considered to be in violation of his conditions of supervised release by pleading guilty to giving false information to a police officer on December 5, 2016, in Pasco Municipal Court.

Mr. Finley was arrested by the Pasco Police Department on December 4, 2016. Police were dispatched to WalMart in Pasco in reference to a shoplifting call. Mr. Finley was contacted by officers and gave them a false name. Officers correctly identified him as Mr. Finley and confirmed he had local warrants for his arrest. Mr. Finley pled guilty to the charge on December 5, 2016, and was sentenced to 2 days in the Franklin County Jail and a $600 fine.

2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Peter Finley is considered to be in violation of his conditions of supervised release by having contact with a felon, Joe Gonzalez, without permission of his U.S. Probation Officer.

Prob12C
**Re: Finley, Peter Patrick**
**January 6, 2017**
**Page 2**

        Mr. Finley reported to the U.S. Probation Office in Richland, WA, on December 13, 2016. During this contact, Mr. Finley was questioned about his contact with law enforcement on December 4, 2016, and subsequent conviction for providing false information to a police officer on December 5, 2016. Mr. Finley admitted to the undersigned officer that he was at the Pasco, WA, WalMart on December 4, 2016, with a friend of his who he knows as Joe Gonzalez. Mr. Finley admitted that he knew he was not supposed to have contact with Mr. Gonzalez and that Mr. Gonzalez has felony convictions.

3    **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Peter Finley is considered in violation of his conditions of supervised release by failing to attend random urinalysis testing at First Step Community Counseling Services on November 16 and December 30, 2016.

4    **Special Condition # 23**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Peter Finley is considered to be in violation of his conditions of supervised release by consuming alcohol on or about November 28, 2016.

        Mr. Finley reported to the U.S. Probation Office in Richland, WA, on December 13, 2016. During this contact, Mr. Finley was questioned about use of alcohol and controlled substances. Mr. Finley admitted to using alcohol on or about November 28, 2016, and signed an admission of use form. Mr. Finley admitted to the undersigned officer that he took about three shots of alcohol after his grandfather died.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/06/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_1/10/2017_____
Date