PROB 12C
(6/16)

Report Date: January 13, 2017

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Patrick Finley    Case Number: 0980 2:09CR06085-SAB-1

Address of Offender: ███████████, Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: | December 22, 2015 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: | December 21, 2018 |

## PETITIONING THE COURT

   To issue a warrant, and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/06/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Peter Finley is considered to be in violation of his conditions of supervised release by failing to contact his supervising U.S. Probation Officer as directed on January 9, 2017. |
| | Mr. Finley last reported to the U.S. Probation Office on January 3, 2017.  During this contact, he was instructed by the undersigned officer to call the undersigned officer on January 9, 2017, to provide an update on his search for employment and to be given reporting instructions for the week. No such phone call was received. |
| | The undersigned officer attempted to contact Mr. Finley by phone on January 11, 2017. Contact was made with Mr. Finley's mother, who indicated she would relay a message for Mr. Finley to contact the undersigned officer immediately. |

Another attempt to contact Mr. Finley by phone was made on January 13, 2017. No answer was received, and the undersigned officer was not able to leave a message as there was no voice mail option received on the phone number provided to U.S. Probation.

6  **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Peter Finley is considered to be in violation of his conditions of supervised release by failing to attend random urinalysis testing at First Step Community Counseling on January 12, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/13/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[XX] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/17/2017
Date