PROB 12C
(6/16)

Report Date: July 27, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Patrick Finley        Case Number: 0980 2:09CR06085-SAB-1

Address of Offender:                Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

Original Offense:        Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 77 months; TSR - 36 months        Type of Supervision: Supervised Release

Revocation Sentence: 1/26/2017        Prison - 3 months; TSR - 33 months

Asst. U.S. Attorney:    Benjamin Seal        Date Supervision Commenced: April 16, 2017

Defense Attorney:       Jeremy B. Sporn        Date Supervision Expires: January 15, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 1, as noted above.<br><br>Mr. Finley violated his term of supervised release in Richland, Washington, on or about May 30, 2017, by violating a court ordered domestic violence no contact order. The case is pending in Benton County District Court, case number 7Z0352978. |
| 2 | **Standard Condition #10**: The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer. |

Prob12C
Re: Finley, Peter Patrick
July 27, 2017
Page 2

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 10, as noted above.

       Information was received by Mr. Finley's supervising officer that he left the Eastern District of Washington on July 24, 2017, and went to the state of Montana. Mr. Finley did not receive permission from his supervising officer to leave the Eastern District of Washington.

3      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

       Per Mr. Finley's above referenced condition of supervised release, he was referred to random urinalysis testing at First Step Community Counseling Services on April 19, 2017. He was assigned the color "Brown" and directed to call First Step's UA hotline daily. In the event that First Step reported that the color of the day was "Brown," he was directed to report to their office and submit to testing. On July 24, 2017, the color of the day for drug testing at First Step was "Brown." On July 25, 2017, First Step contacted the U.S. Probation Office and advised Mr. Finley failed to report for his scheduled urinalysis on July 24, 2017.

4      **Standard Condition #1**: The defendant shall not commit another Federal, state, or local crime.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 1, as noted above.

       Mr. Finley violated his term of supervised release by being charged with driving under the influence and driving while license suspended in the 3rd degree on July 26, 2017. He was booked into the Franklin County Jail on the same date and is currently pending these crimes in Pasco Municipal Court under case number 7Z830986.

5      **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 2, as noted above.

       Mr. Finley underwent a substance abuse evaluation at First Step Community Counseling Services on May 12, 2017, and was diagnosed as moderate alcohol use disorder. He was

Prob12C
**Re: Finley, Peter Patrick**
**July 27, 2017**
**Page 3**

recommended to attend ASAM Level 1.0 Moral Reconation Therapy Outpatient Treatment Program beginning on May 16, 2017. Mr. Finley was recommended to attend group treatment every Tuesday. Per telephone verification from First Step on July 27, 2017, Mr. Finley missed treatment sessions on May 16 and 30, 2017; June 6, 20, and 27, 2017; and July 11 and 25, 2017. He is considered in non-compliance with his treatment program, and his treatment provider stated due to his pending legal matter will be discharged from treatment services.

6   **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 9, as noted above.

Mr. Finley last reported to the probation office on July 17, 2017. During this meeting he was instructed by his supervising officer to continue reporting, in person, weekly on Mondays. Mr. Finley failed to report as directed on July 24, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

7/28/2017
Date