PROB 12C
(6/16)

Report Date: October 19, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Patrick Finley	Case Number: 0980 2:09CR06085-001

Address of Offender:		Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

Original Offense:	Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence: 1/26/2017 | Prison - 3 months; TSR - 33 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: April 16, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: January 15, 2020 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 19, 2017. He signed his condition's form, acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above. |
| | Mr. Finley violated his term of supervised release on or about July 1, 2017, by violating a court-ordered domestic violence no contact order. The case is pending in Benton County District Court, case number J17Y06234. |

Prob12C
**Re: Finley, Peter Patrick**
**October 19, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 19, 2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[xx]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[xx]   Defendant to appear before the Magistrate Judge.
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/20/17

Date