PROB 12C
(6/16)

Report Date: May 29, 2018

## United States District Court

**for the**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Peter Patrick Finley          Case Number: 0980 2:09CR06085-SAB-1

Address of Offender:                     , Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

Original Offense:       Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (1/25/2017) | Prison - 3 months; TSR - 33 months | |
| Revocation Sentence: (11/14/2017) | Prison - 6 months; TSR - 27 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: April 27, 2018 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: July 26, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

Mr. Finley last reported to the U.S. Probation office on May 9, 2018. The undersigned officer directed Mr. Finley to report, in person, to the U.S. Probation office on May 14, 2018, which he failed to do.

2      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which include special condition number 3, as noted above.

       Mr. Finley provided a urinalysis sample for testing on April 30, 2018. The sample was presumptively positive for methamphetamine and cocaine. This urinalysis sample was sent to Alere Laboratories for confirmation. On May 5, 2018, Alere Laboratories reported that the urinalysis sample Mr. Finley provided was positive for methamphetamine.

3      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

       Per Mr. Finley's above referenced conditions of supervised release, he was referred to First Step Community Counseling Services for random urinalysis testing. He was assigned the color "Brown" and directed to call First Step's UA hotline daily. In the event that First Step reported that the color of the day was "Brown," he was directed to report to their office and submit to testing between the hours of 9 a.m. to 6 p.m..

       On May 8, 2018, the color of the day at First Step was "Brown." Mr. Finley provided a urine sample which tested positive for methamphetamine. Mr. Finley denied use of methamphetamine. The sample was sent to Alere Laboratories for confirmation. Alere Laboratories reported on May 14, 2018, that the sample was positive for methamphetamine.

       Mr. Finley reported to the Probation Office on May 9, 2018. At this time, he admitted to consuming methamphetamine on or about May 6, 2018, and signed an admission of use form.

4      **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

       **Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

       Mr. Finley reported to the probation office on May 9, 2018. During this meeting, Mr. Finley admitted to using alcohol at least five times since he released from confinement, with the last use of alcohol occurring the night before, on May 8, 2018, and signed an admission of use

Prob12C
**Re: Finley, Peter Patrick**
May 29, 2018
Page 3

form.

5     **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 8, as noted above.

Mr. Finley reported to the probation office on May 9, 2018. During this meeting, Mr. Finley admitted associating with persons he knew to be gang members, and admitted to using methamphetamine with these people. Based on this statement, Mr. Finley knowingly associated with someone involved in criminal activity.

6     **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Finley's conditions were reviewed with him on April 30, 2018. He signed his conditions acknowledging an understanding of his conditions, which includes mandatory condition number 1, as noted above.

Mr. Finley was arrested by the Richland Police Department on May 23, 2018, for an outstanding local warrant. Mr. Finley was searched incident to arrest, and ammunition was found in his pocket. A search warrant was applied for and received. Richland Police searched Mr. Finley's room and found a firearm on his bed, and more ammunition.

Mr. Finley is currently charged with unlawful possession of a firearm in the 1st degree, Benton County Superior Court cause number 18-1-00641-8.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/29/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Finley, Peter Patrick**
**May 29, 2018**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature*

Signature of Judicial Officer

May 29, 2018

Date